SALY I. MAYER AND OTHERS, APPELLANTS,. *v.* GARRETT L. HARDY, RESPONDENT.

Order reversed, with $10 costs, and disbursements; cause remitted to Special Term, for hearing on the merits.

Opinion PER CURIAM.

CHARLES E. KNOWLTON, RESPONDENT, *v.* MARY ANN TRIMBLE, APPELLANT.

Order affirmed, with $10 costs, and disbursements.

Opinion PER CURIAM.

EDWIN H. WEATHERBEE, RESPONDENT, *v.* EMILY ST. JOHN AND OTHERS, APPELLANTS.

Order reversed, with $10 costs, and disbursements, and motion denied.

Opinion PER CURIAM.

JOHN PARROTT, PLAINTIFF, *v.* JOSEPH SAWYER, DEFENDANT.

Exceptions sustained; new trial ordered; costs to abide the event.

Opinion PER CURIAM.

CHARLES F. SANFORD *v.* WILLIAM G. McCORMACK AND OTHERS.

Order reversed, without costs of appeal to either party; order entered as directed in opinion.

Opinion PER CURIAM.

PETER J. VANDERBILT, RESPONDENT, *v.* JOHN SCHREYER, APPELLANT.

Order affirmed, with $10 costs, and disbursements.

Opinion PER CURIAM.

THE PRESIDENT AND FELLOWS OF YALE COLLEGE IN NEW HAVEN, RESPONDENTS, *v.* HANNAH KENNEDY AND OTHERS, APPELLANTS.

Order affirmed, with $10. costs, and disbursements.

Opinion PER CURIAM.